RECEIVED
IN LAKE CHARLES, LA

DEC 21 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| RICKY ARMENTOR<br>LA. DOC #384848<br>VS. | CIVIL ACTION NO. 2:12-cv-550<br><br>SECTION P<br><br>JUDGE MINALDI |
| WARDEN, SOUTH LOUISIANA<br>CORRECTIONAL CENTER | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation [Doc. 10] of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE** as unexhausted.

Lake Charles, Louisiana, on this 20 day of December 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE